People of the State of Illinois, Plaintiff-Appellee, v. David Lee Zagier, Defendant-Appellant.

Gen. No. 67–90. (Abstract of Decision.)

Third District.

October 7, 1968.

Opinion by PRESIDING JUSTICE ALLOY. Not to be published in full.